IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-

LATRELL O. DEAN,

          Defendant.

Criminal Action No.
22-00048-28-CR-W-DGK

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | |
|---|---|
| Count 1: | Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D) |
| Count 22: | Conspiracy to Commit Hobbs Act Robbery *in violation of* 18 U.S.C. § 1951(a) |
| Count 61: | Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a) and 2 |
| Count 62: | Use, Carry, and Brandish a Firearm During a Crime of Violence *in violation of* 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 |
| Count 109: | Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| Count 110: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |

Forfeiture Allegation One

**TRIAL COUNSEL**:
    Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
    Case Agent: ATF Special Agent Elizabeth White
    Defense: Chad Gardner and two paralegals

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government - F.R.E. Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
    Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
    Defense: 1 witness, including Defendant who    ( ) will
                                                         (x) may
                                                         ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 300 exhibits with four defendants going to trial
    Defense: No additional exhibits

**DEFENSES**:
    (x)    defense of general denial
    ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial        ( x ) Possibly for trial
    ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: .5 days

**STIPULATIONS**:
    ( )    not likely
    ( )    not appropriate
    ( x )    likely as to:
        ( x )    chain of custody
        ( x )    chemist's reports
        ( )    prior felony conviction
        ( x )    interstate nexus of firearm
        ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before June 24, 2024
Defense: On or before June 24, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
  **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
  ( )   A _____-speaking interpreter is required.
  ( )   Other assistive devices: _____

  **IT IS SO ORDERED.**

                       */s/ Jill A. Morris*
                        JILL A. MORRIS
                        United States Magistrate Judge